IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROLAND S. MAINOR,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4408

Opinion filed November 3, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Roland S. Mainor, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.